NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID V. GILLILAND, DOC # R36487,        )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D18-2352
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
                                          )
_____)

Opinion filed April 10, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico, Judge.

David V. Gilliland, pro se.


PER CURIAM.


            Affirmed.


KELLY, LaROSE, C.J., and SMITH, JJ., Concur.